DOUGLAS H. KRAFT, ESQ. (State Bar No. 155127)
JOHN H. McCARDLE, ESQ. (State Bar No. 155115)
KRAFT OPICH, LLP
7509 Madison Avenue, Suite 111
Citrus Heights, California   95610
Telephone:   (916) 880-3040
Facsimile:   (916) 880-3045
Email: jmccardle@kraftopich.com

Attorneys for Defendant UMPQUA BANK, an Oregon state chartered bank

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIBEIRO-SUN GLOW, LLC, a Nevada Limited Liability Company; and RIBEIRO CALIFORNIA II, LLC, a Nevada Limited Liability Company,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UMPQUA BANK, a Bank Organized Under the Laws of the State of Oregon,<br><br>　　　　　Defendant. | Case No.   2:15-cv-01853-JAM-AC<br><br>**STIPULATION TO AMEND STATUS (PRE-TRIAL SCHEDULING) ORDER TO EXTEND TIME FOR PARTIES TO DISCLOSE EXPERTS; ORDER**<br><br>Judge:   Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the Plaintiffs RIBEIRO-SUN GLOW, LLC, a Nevada Limited Liability Company; and RIBEIRO CALIFORNIA II, LLC, a Nevada Limited Liability Company on the one hand and UMPQUA BANK, on the other hand, by and through their respective undersigned counsel that the Status (Pre-trial Scheduling) Order be amended to reflect that the parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) no later than September 16,   2016, and that any supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by September 23, 2016.

{00079534.DOCX; 1}

1
Stipulation to Amend Status (Pre-trial Scheduling) Order to Extend
Time for Parties to Disclose Experts; Order
Case No.   2:15-cv-01853-JAM-AC

| | | |
|---|---|---|
| DATED: August 5, 2016 | | BANKS & WATSON |
| | | By:   */s/ James J. Banks* |
| | | JAMES J. BANKS, Esq. |
| | | Attorneys for Plaintiffs RIBEIRO-SUNGLOW, LLC, and RIBEIRO CALIFORNIA II, LLCGROSS LAW, P.C. |

Dated: August 8, 2016            KRAFT OPICH, LLP

By:       */s/ John H. McCardle*
      JOHN H. McCARDLE, Esq.
Attorneys for Defendant UMPQUA BANK

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.   The Status (Pre-trial Scheduling) Order is hereby be amended to reflect that the parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) no later than September 16, 2016, and that any supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by September 23, 2016.

DATED:   8/8/2016

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

{00079534.DOCX; 1}

2
Stipulation to Amend Status (Pre-trial Scheduling) Order to Extend
Time for Parties to Disclose Experts; Order
Case No.   2:15-cv-01853-JAM-AC