1  JAMES J. BANKS (SBN 119525)
   W. DAVID CORRICK (SBN 171827)
2  BANKS & WATSON
   901 F Street, Suite 200
3  Sacramento, CA  95814-0733
   Tel:  (916) 325-1000
4  Fax:  (916) 325-1004
   Email:  jbanks@bw-firm.com
5  Email:  dcorrick@bw-firm.com

6  Attorneys for Plaintiffs/Counterclaim-Defendants,
   RIBEIRO-SUNGLOW, LLC, a Nevada
7  Limited Liability Company; and
   RIBEIRO CALIFORNIA II, LLC, a
8  Nevada Limited Liability Company

9  DOUGLAS H. KRAFT (State Bar No. 155127)
   JOHN H. McCARDLE (State Bar No. 155115)
10 KRAFT OPICH, LLP
   7509 Madison Avenue, Suite 111
11 Citrus Heights, California  95610
   Telephone:  (916) 880-3040
12 Facsimile:  (916) 880-3045
   Email: dkraft@kraftopich.com
13 Email: jmccardle@kraftopich.com

14 Attorneys for Defendant/Counter-Claimant,
   UMPQUA BANK, an Oregon state chartered bank

16                IN THE UNITED STATES DISTRICT COURT

17                FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  RIBEIRO-SUNGLOW, LLC, a Nevada Limited Liability Company; and RIBEIRO CALIFORNIA II, LLC, a Nevada Limited Liability Company,<br><br>20                  Plaintiffs,<br><br>21        v.<br><br>22  UMPQUA BANK, a Bank Organized Under the Laws of the State of Oregon,<br><br>23                  Defendant. | Case No.:  2:15-cv-01853-JAM-AC<br><br>**STIPULATION FOR ORDER TO MODIFY PRE-TRIAL SCHEDULING ORDER; ORDER**<br>**[FRCP 16(B)(4)]**<br><br><br>THE HONORABLE JOHN A. MENDEZ |

25       Plaintiffs RIBEIRO-SUNGLOW, LLC, a Nevada Limited Liability Company, and RIBEIRO

26 CALIFORNIA II, LLC, a Nevada Limited Liability Company, and defendant UMPQUA BANK, by and

27 through their respective undersigned counsel respectfully submit the following Stipulation for Order to

28 Modify Pre-Trial Scheduling Order and [Proposed] Order pursuant to FRCP 16(b)(4).  For good cause as

shown herein, the parties seek an extension of at least 150-days of all remaining deadlines set forth in the Pre-Trial Scheduling Order as delineated, *infra*.

WHEREAS, Plaintiffs filed this action to obtain recovery of two parcels of real property situated in El Dorado Hills, California, from Defendant;

WHEREAS, Defendant holds title to the two parcels pursuant to a purchase at a trustee's sale held on or about August 15, 2011;

WHEREAS, the parties dispute the lawfulness and validity of the trustee's sale which resulted in the transfer of title in the two parcels to Defendant;

WHEREAS, Defendant filed a cross-complaint to quiet title in the two parcels to itself;

WHEREAS, the Court issued a Pre-Trial Scheduling Order on December 7, 2015;

WHEREAS, this case involves complex real estate title issues which bear upon multiple properties and involve varied issues and interests;

WHEREAS, Johnny R. Ribeiro is a principal owner in RIBEIRO-SUNGLOW, LLC;

WHEREAS, UMPQUA BANK brought a prior arbitration action against Johnny R. Ribeiro, in his individual capacity and as trustee of the Johnny R. Ribeiro Separate Trust, for breach of contract and for monies had and received pursuant to Johnny R. Ribeiro's personal guarantee of two real estate loans made to Ribeiro-Commerce, LLC, RIBEIRO-SUNGLOW, LLC, and RIBEIRO CALIFORNIA II, LLC, in which UMPQUA BANK obtained a judgment in the amount of $7,417,564.42;

WHEREAS, the arbitration judgment was entered in the District Court of Clark County, Nevada on November 15, 2013;

WHEREAS, the parties are attempting to negotiate a global resolution of this case and the prior judgment;

WHEREAS, the parties convened for a settlement meeting on September 7, 2016, and agreed to diligently pursue global resolution of both matters;

WHEREAS, the success of the agreed plan for global resolution hinges upon unraveling highly complex title issues, procuring the cooperation of Fidelity National Title Company to voluntarily correct title errors it made in 2008, performing a thorough examination of Johnny R. Ribeiro's exceedingly

1  complex financial affairs, and obtaining approval of a proposed global resolution through multiple levels
2  of UMPQUA BANK hierarchy;

3      WHEREAS, the time required for performance of the tasks necessary to successfully effectuate a
4  global resolution exceeds the time allotted under the terms of the Pre-Trial Scheduling Order;

5      WHEREAS, a global resolution would not only resolve this litigation, but would also obviate the
6  need for further litigation in the future;

7      WHEREAS, good cause exists, the parties seek an order modifying the remaining dates set forth in
8  the Pre-Trial Scheduling Order as follows:

| Event | Current Date | New Date |
|---|---|---|
| Disclosure of Expert Witnesses | Sep. 16, 2016 | Feb. 13, 2017 |
| Supplemental Expert Disclosure | Sep. 23, 2016 | Feb. 27, 2017 |
| L/D to File Joint Mid-Litigation Statement | Sep. 23, 2016 | Feb. 27, 2017 |
| All Discovery to be Completed | Oct. 7, 2016 | Mar. 6, 2017 |
| All Dispositive Motions to Be Filed | Nov. 15, 2016 | Apr. 18, 2017 |
| Date for Hearing on all Dispositive Motions | Dec. 13, 2016 (1:30 p.m.) | May 16, 2017 (1:30 p.m.) |
| L/D to File Joint Pretrial Statement | Jan. 27, 2017 | Jun. 30, 2017 |
| Final Pre-Trial Conference | Feb. 3, 2017 (10:00 a.m.) | Jul. 7, 2017 (10:00 a.m.) |
| Court Trial | Mar. 27, 2017 | Aug. 28, 2017 (9:00 a.m.) |

Dated:   September 9, 2016            BANKS & WATSON

                                                                By:  */s/ James J. Banks*
                                                                JAMES J. BANKS,
                                                                Attorneys for Plaintiffs
                                                                RIBEIRO-SUNGLOW, LLC, and
                                                                RIBEIRO CALIFORNIA II, LLC

Dated:   September 9, 2016            KRAFT OPICH, LLP

                                                               By:  */s/ John McCardle*
                                                               DOUGLAS H. KRAFT,
                                                               Attorneys for Defendant UMPQUA BANK

## **ORDER (AS MODIFIED BY THE COURT)**

GOOD CAUSE appearing therefore, SO ORDERED.

DATED: 9/12/2016                                             /s/ John A. Mendez_____
                                                                            JOHN A. MENDEZ
                                                                            United States District Court Judge