JAMES J. BANKS (SBN 119525)
W. DAVID CORRICK (SBN 171827)
BANKS & WATSON
901 F Street, Suite 200
Sacramento, CA   95814-0733
Tel:  (916) 325-1000
Fax:  (916) 325-1004
Email:  jbanks@bw-firm.com
Email:  dcorrick@bw-firm.com

Attorneys for Plaintiffs/Counterclaim-Defendants,
RIBEIRO-SUNGLOW, LLC, a Nevada
Limited Liability Company; and
RIBEIRO CALIFORNIA II, LLC, a
Nevada Limited Liability Company

DOUGLAS H. KRAFT (SBN 155127)
JOHN H. McCARDLE (SBN 155115)
KRAFT OPICH, LLP
7509 Madison Avenue, Suite 111
Citrus Heights, CA   95610
Tel:  (916) 880-3040
Fax:  (916) 880-3045
Email:  dkraft@kraftopich.com
Email:  jmccardle@kraftopich.com

Attorneys for Defendant/Counter-Claimant,
UMPQUA BANK, an Oregon state chartered bank

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIBEIRO-SUNGLOW, LLC, a Nevada Limited Liability Company; and RIBEIRO CALIFORNIA II, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>UMPQUA BANK, a Bank Organized Under the Laws of the State of Oregon,<br><br>Defendant. | Case No.:  2:15-cv-01853-JAM-AC<br><br>**SECOND STIPULATION FOR ORDER TO MODIFY PRE-TRIAL SCHEDULING ORDER;   ORDER**<br>**[FRCP 16(B)(4)]**<br><br><br>THE HONORABLE JOHN A. MENDEZ |

Plaintiffs RIBEIRO-SUNGLOW, LLC, a Nevada Limited Liability Company, and RIBEIRO CALIFORNIA II, LLC, a Nevada Limited Liability Company, and defendant UMPQUA BANK, by and through their respective undersigned counsel respectfully submit the following Stipulation for Order to Modify Pre-Trial Scheduling Order and [Proposed] Order pursuant to FRCP 16(b)(4).   For good cause as

shown herein, the parties seek an extension of 150-days of all remaining deadlines set forth in the Pre-Trial Scheduling Order as delineated, *infra*.

WHEREAS, Plaintiffs filed this action to obtain recovery of two parcels of real property situated in El Dorado Hills, California, from Defendant;

WHEREAS, Defendant holds title to the two parcels pursuant to a purchase at a trustee's sale held on or about August 15, 2011;

WHEREAS, the parties dispute the lawfulness and validity of the trustee's sale which resulted in the transfer of title in the two parcels to Defendant;

WHEREAS, Defendant filed a cross-complaint to quiet title in the two parcels to itself;

WHEREAS, the Court issued a Pre-Trial Scheduling Order on December 7, 2015;

WHEREAS, this case involves complex real estate title issues which bear upon multiple properties and involve varied issues and interests;

WHEREAS, Johnny R. Ribeiro is a principal owner in RIBEIRO-SUNGLOW, LLC;

WHEREAS, UMPQUA BANK brought a prior arbitration action against Johnny R. Ribeiro, in his individual capacity and as trustee of the Johnny R. Ribeiro Separate Trust, for breach of contract and for monies had and received pursuant to Johnny R. Ribeiro's personal guarantee of two real estate loans made to Ribeiro-Commerce, LLC, RIBEIRO-SUNGLOW, LLC, and RIBEIRO CALIFORNIA II, LLC, in which UMPQUA BANK obtained a judgment in the amount of $7,417,564.42;

WHEREAS, the arbitration judgment was entered in the District Court of Clark County, Nevada on November 15, 2013;

WHEREAS, the parties are attempting to negotiate a global resolution of this case and the prior judgment;

WHEREAS, the parties convened for a settlement meeting on September 7, 2016, and agreed to diligently pursue global resolution of both matters;

WHEREAS, in order to provide the parties with additional time to reach a mutually agreeable resolution of these matters, the Court entered an order to modify the Pre-Trial Scheduling Order on September 12, 2016;

WHEREAS, the success of the agreed plan for global resolution hinged upon unraveling highly complex title issues, performing a thorough examination of Johnny R. Ribeiro's exceedingly complex financial affairs, and obtaining approval of a proposed global resolution through multiple levels of UMPQUA BANK hierarchy;

WHEREAS, the parties were unable to reach a global resolution; however, the parties continued to diligently focus their attention on resolving the current litigation before this Court and ultimately reached a tentative settlement of the current litigation;

WHEREAS, the parties drafted a form of settlement agreement that was agreeable to both sides, but contingent upon resolving the title issues referenced above;

WHEREAS, the proposed form of settlement agreement called for Defendant to pass title of the property to Plaintiffs via a Grant Deed, but was contingent upon a title company agreeing to the form of Grant Deed and agreeing to insure Plaintiff's title;

WHEREAS, on April 6, 2017, the title company advised that it would not issue a title insurance policy based on the Grant Deed and advised that a rescission of the Trustee's Deed as to the affected parcels would be a more efficacious means of returning title to Plaintiffs;

WHEREAS, the parties need additional time to determine whether rescission of the Trustee's Deed can be accomplished, the form of the rescission, and if doing so will result in Plaintiffs obtaining the required title insurance;

WHEREAS, the parties believe that their resources and attentions are better spent focusing on settlement, rather than preparing for trial, but need to preserve the rights and ability to fully litigate this matter should a trial be necessary; and

WHEREAS, good cause exists, the parties seek an order further modifying the remaining dates set forth in the modified Pre-Trial Scheduling Order as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Disclosure of Expert Witnesses | Feb. 13, 2017 | June 13, 2017 |
| Supplemental Expert Disclosure | Feb. 27, 2017 | June 27, 2017 |
| L/D to File Joint Mid-Litigation Statement | Feb. 27, 2017 | June 27, 2017 |
| All Discovery to be Completed | March 6, 2017 | July 11, 2017 |

| Event | Current Date | New Date |
|---|---|---|
| All Dispositive Motions to Be Filed | April 18, 2017 | **Aug. 22, 2017** |
| Date for Hearing on all Dispositive Motions | May 16, 2017 (1:30 p.m.) | **Sept. 19, 2017** (1:30 p.m.) |
| L/D to File Joint Pretrial Statement | June 30, 2017 | **Oct. 27, 2017** |
| Final Pre-Trial Conference | July 7, 2017 (10:00 a.m.) | **Nov. 3, 2017** (10:00 a.m.) |
| Trial | Aug. 28, 2017 | Jan. 8, 2018 at 9:00 a.m. |

Dated: April 11, 2017

BANKS & WATSON

By: */s/ James J. Banks*
JAMES J. BANKS,
Attorneys for Plaintiffs
RIBEIRO-SUNGLOW, LLC, and
RIBEIRO CALIFORNIA II, LLC

Dated: April 11, 2017

KRAFT OPICH, LLP

By: */s/ Douglas H. Kraft*
DOUGLAS H. KRAFT,
Attorneys for Defendant UMPQUA BANK

## **ORDER (AS MODIFIED BY THE COURT)**

GOOD CAUSE appearing therefore, SO ORDERED.

DATED: 4/12/2017

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge