JAMES J. BANKS (SBN 119525)
W. DAVID CORRICK (SBN 171827)
BANKS & WATSON
901 F Street, Suite 200
Sacramento, CA 95814-0733
Tel: (916) 325-1000
Fax: (916) 325-1004
Email: jbanks@bw-firm.com
Email: dcorrick@bw-firm.com

Attorneys for Plaintiffs/Counterclaim-Defendants,
RIBEIRO-SUNGLOW, LLC, a Nevada
Limited Liability Company; and
RIBEIRO CALIFORNIA II, LLC, a
Nevada Limited Liability Company

DOUGLAS H. KRAFT (SBN 155127)
JOHN H. McCARDLE (SBN 155115)
KRAFT OPICH, LLP
7509 Madison Avenue, Suite 111
Citrus Heights, CA 95610
Tel: (916) 880-3040
Fax: (916) 880-3045
Email: dkraft@kraftopich.com
Email: jmccardle@kraftopich.com

Attorneys for Defendant/Counter-Claimant,
UMPQUA BANK, an Oregon state chartered bank

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIBEIRO-SUNGLOW, LLC, a Nevada Limited Liability Company; and RIBEIRO CALIFORNIA II, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>UMPQUA BANK, a Bank Organized Under the Laws of the State of Oregon,<br><br>Defendant. | Case No.: 2:15-cv-01853-JAM-AC<br><br>**STIPULATION FOR ORDER DISMISSING COMPLAINT AND COUNTERCLAIM WITH PREJUDICE; ORDER**<br>**[FRCP 41 (a) and (c)]**<br><br><br>THE HONORABLE JOHN A. MENDEZ |

     Plaintiffs RIBEIRO-SUNGLOW, LLC, a Nevada Limited Liability Company, and RIBEIRO CALIFORNIA II, LLC, a Nevada Limited Liability Company (together, "Plaintiffs"), and defendant UMPQUA BANK ("Defendant" and "Counterclaimant"), by and through their respective undersigned

counsel, respectfully submit the following Stipulation for Order Dismissing Complaint and Counterclaim With Prejudice, pursuant to FRCP 41(a) and (b).

WHEREAS, Plaintiffs filed their Complaint in this action to recover from Defendant title to two parcels of real property situated in El Dorado Hills, California (the "Subject Parcels");

WHEREAS, Defendant filed a Counterclaim against Plaintiffs and RP2, LLC, a Nevada Limited Liability Company ("RP2") to, *inter alia,* quiet title in Subject Parcels;

WHEREAS, Plaintiffs, Defendant and RP2 (the "Parties") have entered into that certain Settlement Agreement and Mutual Release of All Claims dated September 14, 2017 (the "Settlement Agreement"), under the terms of which, Defendant would, subject to certain conditions (the "Settlement Conditions"), deed title to the Subject Parcels to Plaintiffs, and the Parties would release any claims they have against each other pursuant to the Complaint or Cross-Complaint, all as more fully set forth in the Settlement Agreement; and

WHEREAS, the Settlement Agreement provided that within ten (10) days after satisfaction of the Settlement Conditions, the Parties and their attorneys shall file mutual stipulations to dismiss the Complaint and Counterclaim, pursuant to FRCP 41; and

WHEREAS, the Settlement Conditions were satisfied on September 29, 2017, the Parties now seek an Order dismissing the Complaint and Counterclaim, each with prejudice.

Dated: October 5, 2017         BANKS & WATSON

By: */s/ James J. Banks*
JAMES J. BANKS,
Attorneys for Plaintiffs RIBEIRO-SUNGLOW, LLC, and RIBEIRO CALIFORNIA II, LLC

Dated: October 5, 2017         KRAFT OPICH, LLP

By: */s/ Douglas H. Kraft* [as authorized on 10/05/17]
DOUGLAS H. KRAFT,
Attorneys for Defendant UMPQUA BANK

## **ORDER**

GOOD CAUSE appearing therefore, it is SO ORDERED.

DATED: 10/6/2017         /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge